IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANKIE BROWN,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

Case No. 19–CV–01015–JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Petitioner's § 2255 Motion is **DENIED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Petitioner is **DENIED** a certificate of appealability.

**SO ORDERED.**

Dated: September 26, 2019          **MARGARET M. ROBERTIE**
                                   **CLERK OF COURT**

                                   **s/ Tina Gray, Deputy Clerk**

**Approved by: s/ J. Phil Gilbert**
              **United States District Judge**